IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 16 PM 12: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CHARLES HUNT GALLINA, )
)
      Plaintiff, )
)
vs. )
) No.   05-2380
PURDUE PHARMA CO., et al. )
)
      Defendant. )

## ORDER SETTING SCHEDULING CONFERENCE

Currently, a Scheduling Conference in this matter has been set for Thursday, September 15 at 11:00 A.M. Because of good cause shown by Plaintiff's Counsel, namely a death in his family, it is Ordered that the September 15th Scheduling Conference is cancelled.[1] A Scheduling Conference is hereby set for **THURSDAY, SEPTEMBER 29** at **10:30 A.M.** in Room 934, 9th Floor, United States Courthouse and Federal Building, 167 North Main, Memphis, Tennessee.

**IT IS SO ORDERED.**

---

[1] The Court notes that Counsel for the Plaintiff did not file this Motion until the afternoon of September 13th even though the Scheduling Conference was set for September 15th. Additionally, Counsel did not attach a Certificate of Consultation as required by Local Rule 7.2 nor did he appear for the Scheduling Conference although the Court had not yet entered an Order granting the continuance. Defense Counsel, on the other hand, had contacted Chambers and had been advised that they would be notified in the event the Court chose not to grant the continuance. Plaintiff's Counsel is cautioned that failure to comply with any future court orders, such as the Notice of Setting in this instance, could result in the imposition of sanctions against Counsel and/or the parties.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

_September 15, 2005_
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02380 was distributed by fax, mail, or direct printing on September 19, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

W. Lee Whitman
LAW OFFICE OF W. LEE WHITMAN
1407 Union Ave.
Ste. 1203
Memphis, TN 38104

Christopher L. Vescovo
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James F. Sanders
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Walker W. Jones
PHELPS DUNBAR
200 South Lamar St.
SkyTel Centre', Ste. 500
Jackson, MS 39225--306

William David Bridgers
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Honorable Bernice Donald
US DISTRICT COURT