IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -5 PM 2: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| CHARLES HUNT GALLINA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO.: 05-2380-D-An |
| ) | |
| PURDUE PHARMA COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER SETTING SCHEDULING CONFERENCE

Currently, a Scheduling Conference in this matter has been set for Wednesday, October 5, 2005 at 11:00 a.m. Because of the Court's schedule, it is Ordered that the October 5, 2005 Scheduling Conference is cancelled. A Scheduling Conference is hereby set for **WEDNESDAY, OCTOBER 18, 2005 at 11:00 A.M.** in Room 934, 9th Floor, United States Courthouse and Federal Building, 167 North Main, Memphis, Tennessee.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: October 05, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10/5/05



1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02380 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Christopher L. Vescovo
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

William David Bridgers
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Walker W. Jones
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Jackson, MS
4268 I-55 North
Meadowbrook Office Park
Jackson, MS 39236

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

James F. Sanders
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

W. Lee Whitman
LAW OFFICE OF W. LEE WHITMAN
1407 Union Ave.
Ste. 1203
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT