IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 14 PM 4:07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

CHARLES HUNT GALLINA, )
    PLAINTIFF, )
   )
v. ) No. 2:05-cv-02380-BBD-dkv
   )
Purdue Pharma Company, )
Purdue Pharma, L.P., )
Purdue Pharma, Inc., )
The Purdue Frederick Company, )
P.F. Laboratories, Inc., )
PRA Holdings, Inc., )
Abbott Laboratories, )
Abbott Laboratories, Inc., )
Authur Franklin, M.D. and )
Moacir Schnapp, M.D., )
    Defendants. )

## ORDER OF SPECIAL ADMISSION
## OF DERRICK R. FREIJOMIL, ESQ.

Defendants Purdue Pharma L.P. (individually and as successor in interest to The Purdue Pharma Company), Purdue Pharma Inc., The Purdue Frederick Company, The P.F. Laboratories, Inc., and PRA Holdings, Inc. (hereinafter collectively the "Purdue Defendants") having moved pursuant to Local Rule 83.1(b) for Derrick R. Freijomil to be admitted specially to the bar of this Court for the purpose of appearing as additional counsel of record for the Purdue Defendants in this action of, and the Court having determined that the Motion is well taken, it is hereby:

**ORDERED** that the Motion is granted, and Derrick R. Freijomil is admitted specially for the purpose of appearing as additional counsel of record for the Purdue Defendants in this action.

Entered this the 13th day of October, 2005.

Hon. Bernice B. Donald,
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____
IN THE UNITED STATES DISTRICT COURT

Submitted for Entry:

_____
James F. Sanders, No. 5367
W. David Bridgers, No. 16603

**Neal & Harwell, PLC**
One Nashville Place, Suite 2000
150 Fourth Avenue North
Nashville, Tennessee 37219
(615) 244-1713 Telephone

*Attorneys for the Defendants Purdue Pharma L.P. (individually and as successor in interest to The Purdue Pharma Company), Purdue Pharma Inc., The Purdue Frederick Company, The P.F. Laboratories, Inc., and PRA Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing proposed Order of Special Admission of Derrick R. Freijomil has been served herein by forwarding a copy of the same by U.S. mail on this the 14th day of October, 2005, to:

> W. Lee Whitman, Esq.
> 1407 Union Avenue, Suite 1203
> Memphis, TN 38104
>
> Christopher L. Vescovo, Esq.
> Thomason, Hendrix, Harvey, Johnson
> & Mitchell, PLLC
> 2900 One Commerce Square
> Memphis, TN 38103
>
> Jill Steinberg, Esq.
> Baker, Donelson, Bearman, Caldwell & Berkowitz
> First Tennessee Bank Building
> 165 Madison Avenue, Suite 2000
> Memphis, TN 38103

_____

IN THE UNITED STATES DISTRICT COURT

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CV-02380 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

William David Bridgers
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Walker W. Jones
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Jackson, MS
4268 I-55 North
Meadowbrook Office Park
Jackson, MS 39236

Derrick Freijomil
CHADBOURNE & PARKE LLP
30 Rockfeller Plaza
New York, NY 10112

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Christopher L. Vescovo
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

W. Lee Whitman
LAW OFFICE OF W. LEE WHITMAN
1407 Union Ave.
Ste. 1203
Memphis, TN 38104

James F. Sanders
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Honorable Bernice Donald
US DISTRICT COURT