IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHARLES HUNT GALLINA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.   05-2380 D/An |
| ) | |
| PURDUE PHARMA COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER TO SHOW CAUSE

A Scheduling Conference was set in this matter before United States Magistrate Judge S. Thomas Anderson on Wednesday, October 19, 2005 at 11:00 A.M. Plaintiff's counsel failed to appear at the time and date indicated for the conference.

**IT IS THEREFORE ORDERED** that a Show Cause Hearing shall be held before United States Magistrate Judge S. Thomas Anderson on **WEDNESDAY, NOVEMBER 2, 2005 at 10:30 A.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee. Plaintiff's counsel shall be required to show cause why sanctions should not be imposed as for his failure to attend the Scheduling Conference.

**IT IS SO ORDERED.**

_____
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Dated: October 19, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CV-02380 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

William David Bridgers
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

W. Lee Whitman
LAW OFFICE OF W. LEE WHITMAN
1407 Union Ave.
Ste. 1203
Memphis, TN 38104

Christopher L. Vescovo
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James F. Sanders
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Walker W. Jones
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Jackson, MS
4268 I-55 North
Meadowbrook Office Park
Jackson, MS 39236

Derrick Freijomil
CHADBOURNE & PARKE LLP
30 Rockfeller Plaza
New York, NY 10112

Honorable Bernice Donald
US DISTRICT COURT