IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 NOV -2 PM 1:26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| CHARLES HUNT GALLINA, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-2380 D/And |
| | ) |
| v. | ) |
| | ) |
| PURDUE PHARMA COMPANY, | ) |
| PURDUE PHARMA, L.P., PURDUE | ) |
| PHARMA, INC., THE PURDUE | ) |
| FREDERICK COMPANY, P.F. | ) |
| LABORATORIES, INC., PRA | ) |
| HOLDINGS, INC., ABBOTT | ) |
| LABORATORIES, ABBOTT | ) |
| LABORATORIES, INC., ARTHUR | ) |
| FRANKLIN, M.D., and MOACIR | ) |
| SCHNAPP, M.D., | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, upon good cause shown that M. King Hill, III, is admitted pro hac vice to practice in this district.

_____
UNITED STATES DISTRICT COURT JUDGE

Date: November 2, 2005

M PRC 909129 v1
2139310-000080 10/31/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CV-02380 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

William David Bridgers
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Walker W. Jones
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Jackson, MS
4268 I-55 North
Meadowbrook Office Park
Jackson, MS 39236

M. King Hill
VENABLE, LLP
210 Allegheny
Towson, MD 21204

Derrick Freijomil
CHADBOURNE & PARKE LLP
30 Rockfeller Plaza
New York, NY 10112

James F. Sanders
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Christopher L. Vescovo
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

W. Lee Whitman
LAW OFFICE OF W. LEE WHITMAN
1407 Union Ave.
Ste. 1203
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT