IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES HUNT GALLINA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   05-2380 D/An |
| | ) | |
| PURDUE PHARMA COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON SHOW CAUSE HEARING

A Scheduling Conference was set in this matter before United States Magistrate Judge S. Thomas Anderson on Wednesday, October 19, 2005 at 11:00 a.m.  Plaintiff's counsel, W. Lee Whitman, Esq., failed to appear at the time and date indicated for the conference and so the Court issued an order to Mr. Whitman to attend a Show Cause Hearing before United States Magistrate Judge S. Thomas Anderson on Wednesday, November 2, 2005 at 10:30 a.m. in order decide if sanctions would be appropriate for his failure to appear.

Mr. Whitman demonstrated good cause for his failure to appear at the Scheduling Conference and, therefore, no sanctions shall be imposed.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 03, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CV-02380 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Walker W. Jones
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Jackson, MS
4268 I-55 North
Meadowbrook Office Park
Jackson, MS 39236

William David Bridgers
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

M. King Hill
VENABLE, LLP
210 Allegheny
Towson, MD 21204

Derrick Freijomil
CHADBOURNE & PARKE LLP
30 Rockfeller Plaza
New York, NY 10112

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

W. Lee Whitman
LAW OFFICE OF W. LEE WHITMAN
1407 Union Ave.
Ste. 1203
Memphis, TN 38104

Christopher L. Vescovo
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James F. Sanders
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Honorable Bernice Donald
US DISTRICT COURT