IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 DEC 28  AM 9: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

CHARLES HUNT GALLINA,

    Plaintiff,

v.

PURDUE PHARMA COMPANY,
PURDUE PHARMA, L.P.,
PURDUE PHARMA, INC.,
THE PURDUE FREDERICK COMPANY,
P.F. LABORATORIES, INC.,
PRA HOLDINGS, INC.,
ABBOTT LABORATORIES,
ABBOTT LABORATORIES, INC.,
AUTHUR FRANKLIN, M.D. AND
MOACIR SCHNAPP, M.D.,

    Defendants.

Civil Action No.: 2:05-CV-02380-BBD-dkv

## ORDER MODIFYING RULE 16(b) SCHEDULING ORDER

For good cause, the Rule 16(b) Scheduling Order of October 20, 2005, as modified by this Court's November 3, 2005 Order, shall be modified to reflect the following deadline:

**Defendants' (Purdue Defendants and Abbott Defendants) Replies in Support of Summary Judgment: January 12, 2006.**

The other deadlines established in the Rule 16(b) Scheduling Order or as modified by this Court's Order of November 3, 2005 remain in effect.

**IT IS SO ORDERED.**

_____
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 21, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/28/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:05-CV-02380 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

William David Bridgers
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Cynthia S. Parson
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James F. Sanders
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

W. Lee Whitman
LAW OFFICE OF W. LEE WHITMAN
1407 Union Ave.
Ste. 1203
Memphis, TN 38104

M. King Hill  
VENABLE, LLP  
210 Allegheny  
Towson, MD 21204

Derrick Freijomil  
CHADBOURNE & PARKE LLP  
30 Rockfeller Plaza  
New York, NY 10112

Walker W. Jones  
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Jackson, MS  
4268 I-55 North  
Meadowbrook Office Park  
Jackson, MS 39236

Christopher L. Vescovo  
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL  
40 S. Main St.  
Ste. 2900  
Memphis, TN 38103--552

Honorable Bernice Donald  
US DISTRICT COURT